IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3 : 26-465 |
| | ) | |
| | ) | 18 U.S.C. § 641 |
| v. | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 1920 |
| | ) | 28 U.S.C. § 2461(c) |
| JEFFREY ALLEN HUNTER, JR. | ) | |
| | ) | INDICTMENT |

COUNT 1
*(Theft of Public Funds)*

THE GRAND JURY CHARGES:

From in or around September 2024, through the date of this Indictment, in the

District of South Carolina, Defendant JEFFREY ALLEN HUNTER, JR., did knowingly

and willfully embezzle, steal, purloin, and convert to his own use and the use of another,

more than $1,000 of money and a thing of value of the United States and the U.S.

Department of Labor, a department and agency of the United States, that is, U.S.

Department of Labor Federal Employees' Compensation Program benefits, with the

intent to deprive the United States and the U.S. Department of Labor of the use and

benefit of the money and thing of value;

In violation of Title 18, United States Code, Section 641.

<u>COUNT 2</u>
*(False Statements Related to Federal Workers Compensation)*

THE GRAND JURY FURTHER CHARGES:

On or about February 11, 2026, in the District of South Carolina, Defendant JEFFREY ALLEN HUNTER, JR., in connection with the application for and receipt of compensation, benefits, and payment under Title 5, United States Code, Chapter 81, Subchapters I and III (the Federal Employees' Compensation Act), did knowingly and willfully falsify, conceal, and cover up a material fact, and make a materially false, fictitious, and fraudulent statement and representation, in that the defendant completed, signed, submitted, and caused to be submitted an OWCP Form CA-1032 in which he made false, fictitious, and fraudulent statements and misrepresentations, causing the defendant to obtain compensation, benefits, and payments in excess of $1,000;

In violation of Title 18, United States Code, Section 1920.

2

## COUNT 3
*(False Statements Related to Federal Workers Compensation)*

THE GRAND JURY FURTHER CHARGES:

On or about April 12, 2025, in the District of South Carolina, Defendant JEFFREY ALLEN HUNTER, JR., in connection with the application for and receipt of compensation, benefits, and payment under Title 5, United States Code, Chapter 81, Subchapters I and III (the Federal Employees' Compensation Act), did knowingly and willfully falsify, conceal, and cover up a material fact, and make a materially false, fictitious, and fraudulent statement and representation, in that the defendant completed, signed, submitted, and caused to be submitted an OWCP Form CA-1032 in which he made false, fictitious, and fraudulent statements and misrepresentations, causing the defendant to obtain compensation, benefits, and payments in excess of $1,000;

In violation of Title 18, United States Code, Section 1920.

3

# **FORFEITURE**

THEFT OF PUBLIC FUNDS:

Upon conviction for violation of Title 18, United States Code, Section 641 as charged in this Indictment, the Defendant, JEFFREY ALLEN HUNTER, JR., shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense.

PROPERTY:

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

Forfeiture Judgment/Proceeds:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offense charged in this Indictment, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to his violation of 18 U.S.C. § 641.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant –

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

4

as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the said

Defendant up to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461(c).

A _True_ BILL


FOREPERSON


BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
  Winston D. Holliday, Jr. (Fed ID#07597)
  Assistant U.S. Attorney
  1441 Main Street, Suite 500
  Columbia, South Carolina 29201
  Tel: 803-929-3000
  Fax: 803-256-2943
  Email: Winston.Holliday@usdoj.gov